FILE COPY

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

November 13, 2013

Hon. Veronica Bates
Attorney at Law
901 Main St., Suite 5200
Dallas, TX 75202

Hon. Katherine K. Elrich
Attorney at Law
901 Main St., Suite 5200
Dallas, TX 75202

Hon. Alissa K. Christopher
Attorney at Law
901 Main St., Suite 5200
Dallas, TX 75202

Hon. Raul A. Guajardo
Law Office of Raul A. Guajardo
706 E. University Drive
Edinburg, TX 78539

Re:      Cause No. 13-13-00469-CV
Tr.Ct.No. CL-10-0112-B
Style:    IN RE FIRST MERCURY INSURANCE COMPANY


Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 8
       Hon. Arturo Guajardo Jr.
       Hon. Rolando Olvera, Presiding Judge, Fifth Administrative Judicial Region